457 So.2d 1194 (1984)
Mrs. Maria Lopez Oller and Haydee OLLER
v.
SHARP ELECTRIC, INC., A.B.C. Insurance Company, Frischhertz Electric Company, Inc., D.E.F. Insurance Company, Edward M. Alba & Associates, Inc., J.K.L. Insurance Company, Bob Black, Carl White, Dan Green, Homer L. Hitt, George D'Aquin, Richard H. Carlstrom, John R. Harison, Dr. Monty L. Herr, Raymond L. Beck, John Doe and X.Y.Z. Insurance Company.
No. 84-C-1300.
Supreme Court of Louisiana.
October 5, 1984.
Denied.